# Criminal Case Cover Sheet        U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number __06-00025__
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Thomas Arthur Lutz_____

Alias Name _____

Address _____

Birthdate _____ SS# _____ Sex __M__ Race _____ Nationality _____

**U.S. Attorney Information:**

AUSA __Mikel W. Schwab__

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date __10-14-06__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __75__     ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371, 2, 1341, 287 | Conspiracy; Aiding & Abetting; Mail Fraud; False Claims | 1 - 75 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __10/17/06__    Signature of AUSA: _[signature]_

**RECEIVED OCT 17 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**