IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

**FILED**
DISTRICT COURT OF GUAM
OCT 1 7 2006
**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. MJ-06-00025                    DATE: OCTOBER 17, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                                           Courtroom Deputy: Marilyn B. Alcon
Hearing Electronically Recorded: 2:02:59 - 2:05:54                       CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** THOMAS ARTHUR LUTZ                        **ATTY:** John Gorman
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MIKEL SCHWAB                         AGENT:

U.S. PROBATION: S. GUILLIOTT                        U.S. MARSHAL: C. MARQUEZ/D. PUNZALAN

**PROCEEDINGS:   INITIAL APPEARANCE / PETITION FOR WRIT OF REMOVAL**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _FEDERAL PUBLIC DEFENDER_, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: ___
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: ___ at ___
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
   OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY*  ( ) *NOT GUILTY* - TO: ___
( ) COUNT(S) ___ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ___ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: ___ FOR RECOMMENDATION.

( X ) STATUS HEARING: October 20, 2006 at 10:30 a.m.
PROCEEDINGS CONTINUED TO: ___ at ___
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: ___ at ___
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defense requested for a continuance and stated its reason. Granted.

Courtroom Deputy: *mba*