**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: MJ-06-00025　　　　　　　　　　DATE: October 20, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　Electronically Recorded: 10:44:27 - 10:53:12
CSO: N. Edrosa

---

**APPEARANCES:**
Defendant: Thomas A. Lutz　　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Mikel Schwab　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Continued Hearing on Petition for Writ of Removal**
- Defendant advised of his rights and charges.
- Identity hearing waived by defendant.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service for the District of Guam for removal to the Western District of Wisconsin.

NOTES: Court instructed the U.S. Marshals Service to continue providing medical treatment to the defendant.