LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 2 0 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00025 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| THOMAS ARTHUR LUTZ, ) | |
| Defendant. ) | |

THOMAS ARTHUR LUTZ, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, THOMAS ARTHUR LUTZ, is committed to the U.S. Marshal's Office for the District of Guam for removal to the Western District of Wisconsin and there deliver him to the U.S. Marshal for the Western District of Wisconsin or to some other officer authorized to receive him.

10/20/2006
DATE

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam