LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00025 |
| Plaintiff, ) | |
| vs. ) | **WARRANT OF REMOVAL** |
| THOMAS ARTHUR LUTZ, ) | |
| Defendant. ) | |

TO: U.S. MARSHAL
District of Guam

A Second Superseding Indictment for defendant, THOMAS ARTHUR LUTZ, having been filed in the United States District Court for the Western District of Wisconsin, Docket No. 05-CR-072-C, charging THOMAS ARTHUR LUTZ, with Conspiracy, Aiding and Abetting, Mail Fraud, and False Claims and a Warrant for Arrest having issued for his arrest, and

Said THOMAS ARTHUR LUTZ, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the Western District of Wisconsin, THOMAS ARTHUR LUTZ is committed to your custody

pending removal to the Western District of Wisconsin;

You are therefore commanded to remove THOMAS ARTHUR LUTZ forthwith to the Western District of Wisconsin and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

DATED this 20th day of October 2006.

/s/ Joaquin V. E. Manibusan, Jr.
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam